ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROBERT JON SUECHTING, et al,<br>Defendants. | CASE NO. 2:26-CR-113-TLN<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal the above-referenced case, to keep the unredacted indictment and any reference to the second defendant sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated: July 29, 2026

HON. CAROLYN DELANEY
United States Magistrate Judge