FILED
July 31, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT JON SUECHTING

Defendant.

Case No. 2:26-cr-0113 TLN-2

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT JON SUECHTING Case No. 2:26-cr-0113 TLN-2 Charges 21 USC § 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 5,000

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other): .

Issued at Sacramento, California on July 31, 2026 at 2:44 PM

By: /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney