MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ROBERT SUECHTING

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff, | ) No. 2:26-cr-113 TLN<br>) |
| v. | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>) |
| ROBERT SUECHTING,<br>Defendant. | ) Requested status conference date: 12-17-2026<br>) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |
| ================================ | ) |

STIPULATION REGARDING NEW STATUS CONFERENCE DATE OF MARCH 9, 2023

It is hereby stipulated between the parties, Charles Campbell, Assistant United States Attorney, and Michael D. Long, attorney for defendant ROBERT SUECHTING, that the status conference set for October 8, 2026, at 9:30 a.m. should be continued and re-set for December 17, 2026, at 9:30 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The government has provided over 400 pages of discovery, including many audio and video recordings. Mr. Long continues to read and view the discovery, investigate the case and meet with his client. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

All parties are available to appear in this case on December 17, 2026.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time has already been excluded through October 8, 2026.

All parties request the date of December 17, 2026, for the status hearing. The request for extending the date for the status conference is at the specific request of each of the defendants and with the knowing, intelligent and voluntary waiver of each defendant's speedy trial rights under the law. The government agrees that a continuance is necessary. Good cause is hereby shown.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from today's date to December 17, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 17, 2026

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Robert Suechting

Dated: September 17, 2026

ERIC GRANT
United States Attorney

/s/ Charles Campbell
CHARLES CAMPBELL
Assistant U.S. Attorney

///

///

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for December 17, 2026, at 9:30 a.m., before District Court Judge Troy L. Nunley.

Time is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C.§ 3161(h)(1)(D). Time is excluded through the new hearing date of December 17, 2026.

Dated: September 18, 2026

Troy L. Nunley
Chief United States District Judge