**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Email: Mike.Long.Law@msn.com

Attorney for Defendant
ROBERT SUECHTING

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br>ROBERT SUECHTING,<br><br>Defendant | Case No.: 2:26-cr-113 TLN<br><br>**WAIVER OF APPEARANCE FOR DEFENDANT ROBERT SUECHTING; ORDER**<br><br>**Judge: Troy L. Nunley** |

Defendant ROBERT SUECHTING, hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the Court in his absence. Mr. Long has explained this entire document to Mr. Suechting and Mr. Suechting agrees to be bound by all of the terms of this document.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with his being personally present.

Mr. Suechting is out of custody. However, if he is ever remanded into custody, Defense counsel would advise the United States Marshals at least two weeks before the defendant's presence is needed.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: October 1, 2026

Respectfully submitted,

/s/ *Robert Suechting*
By: ROBERT SUECHTING
Defendant

/s/ *Michael D. Long*
By: Michael D. Long
Attorney for Defendant
ROBERT SUECHTING

GOOD CAUSE APPEARING, Defendant ROBERT SUECHTING's waiver of personal appearance is accepted by the court. IT IS SO ORDERED.

Dated: October 1, 2026

Troy L. Nunley
Chief United States District Judge